IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01980-KLM

CHARLOTTE PETTIS,

    Plaintiff,

v.

PINNACLE CREDIT SERVICES, LLC, a Minnesota limited liability company,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Extend the Discovery Cutoff Date and the Dispositive Motion Deadline** [#20] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**. The discovery deadline is extended to **May 16, 2014**. The dispositive motion deadline is extended to **June 13, 2014**.

    IT IS FURTHER **ORDERED** sua sponte that the Final Pretrial Conference and Trial Preparation Conference set for July 18, 2014 at 10:30 a.m. are **VACATED**.

    IT IS FURTHER **ORDERED** sua sponte that the two-day Jury Trial set to begin on August 4, 2014 at 8:30 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** sua sponte that, **on or before April 9, 2014**, the parties shall jointly call Chambers at **303-335-2770** to find mutually convenient dates on which to reset the Final Pretrial Conference, Trial Preparation Conference, and two-day Jury Trial.

    Dated:  April 2, 2014