**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01980-KLM

CHARLOTTE PETTIS,

    Plaintiff,

v.

PINNACLE CREDIT SERVICES, LLC, a Minnesota limited liability company,

    Defendant.

---

## JUDGMENT

---

Pursuant to the offer of judgment served May 13, 2014 and the acceptance thereof filed May 13, 2014, with proof of service, and in accordance with Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for the Plaintiff Charlotte Pettis and against the Defendant Pinnacle Credit Services, LLC in the amount of $5,000.00, said amount is inclusive of Plaintiff's costs to date and Plaintiff's reasonable attorney's fees to date.

FURTHER ORDERED that post-judgment interest shall accrue at the rate of  0.10%  from the date of entry of Judgment.

DATED at Denver, Colorado this  13th  day of May, 2014.

                                            JEFFREY P. COLWELL, CLERK

                             By:   s/Emily Seamon
                                        Edward P. Butler, Deputy Clerk